JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/29/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FULGENCIO SALGADO,

              Plaintiff,

    v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

              Defendant.

Case No. 8:18-cv-00318-MAA

**JUDGMENT**

In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: Nov. 29, 2018

 

 

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE