FILED
CLERK, U.S. DISTRICT COURT
1/24/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FULGENCIO SALGADO,

    Plaintiff,

        v.

NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,

    Defendant.

No. 8:18-cv-00318-MAA

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS**

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of THREE THOUSAND ONE HUNDRED FIFTY DOLLARS and NO CENTS ($3,150.00), and costs under 28 U.S.C. § 1920 in the

/ / /

/ / /

/ / /

1

amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: January 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE
HON. MARIA A. AUDERO